**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT**

**SENTENCE BY A PERSON IN FEDERAL CUSTODY**

RECEIVED

2:06CV1013 - WHA

2006 NOV 13  A 10:08

| United States District Court | District Middle Alabama |
|---|---|
| Name (under which you were convicted): Jonathan Ellis | Docket or Case No.: 2:04 cr 153 A |
| Place of Confinement: Atlanta City Detention Center 254 Peachtree St. Atlanta, GA 30303 | Prisoner No.: 11459 - 002 |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
| v. | Jonathan Ellis |

**MOTION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: United States District Court Middle District of Alabama

    (b) Criminal docket or case number (if you know): 2:04 cr 153-A

2. (a) Date of the judgment of conviction (if you know): November 30, 2005

    (b) Date of sentencing: November 30, 2005

3. Length of sentence: 141 months

4. Nature of crime (all counts): 18 U.S.C 2113 (A) and (D) / 18 U.S.C 924(C)(1)

    _____

    _____

    _____

    _____

5. (a) What was your plea? (Check one)

    (1) Not guilty ☐    (2) Guilty ☑    (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

    _____

    _____

    _____

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☐

8. Did you appeal from the judgment of conviction?        Yes ☐     No ☑

9. If you did appeal, answer the following:

   (a) Name of court: _____

   (b) Docket or case number (if you know): _____

   (c) Result: _____

   (d) Date of result (if you know): _____

   (e) Citation to the case (if you know): _____

   (f) Grounds raised: _____

_____

_____

_____

_____

_____

_____

   (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐  No ☑

     If "Yes," answer the following:

     (1) Docket or case number (if you know): _____

     (2) Result: _____

_____

     (3) Date of result (if you know): _____

     (4) Citation to the case (if you know): _____

     (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐  No ☑

11. If your answer to Question 10 was "Yes," give the following information:

   (a)  (1) Name of court: _____

      (2) Docket or case number (if you know): _____

      (3) Date of filing (if you know): _____

      (4) Nature of the proceeding: _____

      (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ☐  No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ☐  No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition,

or application?

    (1)  First petition:       Yes ☐  No ☑

    (2)  Second petition:    Yes ☐  No ☑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): During the Criminal Proceedings, I asked my Attorney Stephen Glassroth if there was a legal way that All of the offenses Pending Against me. [Multiple bank Robberies] could be consulisated into a Single proceeding. At that time Mr. Glassroth Instructed me that it was impossible to proceed in that manner, As a District result of this misinformation Multiple charges are being brought forth which are Effectively pyramiding multiple sentences Against Me.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☐

(2) If you did not raise this issue in your direct appeal, explain why: Counsel refuse to file a timely Notice of Appeal, Although I specifically requested Him to do so.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

   Yes ☐  No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐  No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____

_____

_____

_____

_____

_____

**GROUND TWO:** Ineffective Assistance of Counsel _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): In Court
(2) of the Indictment, Counsel misinformed me with respect to the
"Plea Agreement", He guaranteed me that if I signed the Plea Agreement
I would recieve A (5) year Sentence For this offence and if the
Court went beyond the (5) years I would be given the chance to
withdraw the plea. During Sentencing I was Sentenced to (84) months
for this Crime, and Counsel refuse to object or file a timely
notice of Appeal.

_____

(b) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐  No ☑

   (2) If you did not raise this issue in your direct appeal, explain why: Counsel refuse to file
A timely Notice of Appeal and Jurisidiction was lost as a
result.

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑  No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑  No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑  No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑  No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____

_____

_____

_____

_____

**GROUND THREE:** The District court Erred  with respect to
sentenang.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): I was
Eligible for a three level reduction in sentence for Acceptance.

Of responsibility due to my timely and complete disclosure to the Goverment of all information concerning my involvement in the offense. In stead I was giving additional levels increase for "Endangerment and flight involved in the offense. There was no endangerment or flight Associated with the course of conduct charged. Counsel refuse to object and the Jestures made were inadeqate.

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑ No ❑

    (2) If you did not raise this issue in your direct appeal, explain why: Counsel failed to file A timely Notice of Appeal and Jurisdiction was lost.

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑ No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑ No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑ No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑ No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____

_____

_____

_____

_____

**GROUND FOUR:** 924 (c)(1) was Erroneously Applied Against me, while
18 u.s.c. 2115 (d), the specific statute covered my conduct.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The Double
Jeopardy clause bars multiple punishments for the "same" offense.
and both the pyramidel Sentences and Assessments fees Associated
with the "same" offence violated The Constitution of the United States.
Because the courts have been unclear with respect to this issue
Counsel did not want to pursue it.

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: Counsel failed to file
a timely Notice of Appeal and As a result Jurisdiction was
Lost.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑  No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑  No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑  No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Deminish Capacity: I was psychologically imbalanced Due to Drug Abuse, the stress Associated with my incarceration and counsel insistance that I sign a plea Agreement that counsel should have had the court Grant a downward depature due to my illness.

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging? Yes ❑  No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial: _____

_____

(d) At sentencing: _____

_____

(e) On appeal: _____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☑ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐ No ☐

18.  TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255,
paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from
    the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the
        Constitution or laws of the United States is removed, if the movant was prevented from making such a
        motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been
        newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through
        the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: Withdraw the plea Agreement because it was unlewtully presented to me by my counsel vacate Imposed sentence, set aside Imposed sentence, Issue an order for a or any other relief to which movant may be entitled. hearing, so that I may fully Explain pre plea tatics Actually which unlewfully induced me into signing it.

_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on November 6, 2006

_____ (month, date, year).


Executed (signed) on November 3 2006 (date).


_____
Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

_____

_____


* * * * *

✎AO 245B     (Rev. 06/05) Judgment in a Criminal Case
                Sheet 1

# UNITED STATES DISTRICT COURT

_____MIDDLE_____     District of _____ALABAMA_____

UNITED STATES OF AMERICA          **JUDGMENT IN A CRIMINAL CASE**
            V.

                                  Case Number:        2:04cr153-A
**JONATHAN ELLIS**                USM Number:         11459-002

                                        Stephen R. Glassroth
                                        _____
                                        Defendant's Attorney

## THE DEFENDANT:

**X** pleaded guilty to count(s)    1 and 2 of the Indictment on August 23, 2005

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 2113(a) and (d) | Armed Bank Robbery | 6/14/04 | 1 |
| 18 USC 924(c)(1) | Use of a Firearm During a Crime of Violence | 6/14/04 | 2 |

      The defendant is sentenced as provided in pages 2 through ___6___ of this judgment.  The sentence is imposed pursuant to
the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are  dismissed on the motion of the United States.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence,
or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution,
the defendant must notify the court and United States attorney of material changes in economic circumstances.

                                  November 30, 2005
                                  _____
                                  Date of Imposition of Judgment

                                  _____
                                  Signature of Judge


                                  W. Harold Albritton, Senior United States District Judge
                                  _____
                                  Name and Title of Judge

                                  Dec. 6, 2005
                                  _____
                                  Date

AO 245B    (Rev. 06/05) Judgment in Criminal Case
            Sheet 2 — Imprisonment

Judgment — Page    2    of    6

DEFENDANT:          JONATHAN ELLIS
CASE NUMBER:        2:04cr153-A

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of:

**141 months**.  This term consists of 57 months on Count 1 and 84 months on Count 2 to be served **consecutively**.

☐ The court makes the following recommendations to the Bureau of Prisons:

**X** The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐    at _____ ☐ a.m. ☐ p.m.    on _____ .

   ☐    as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐    before 2 p.m. on _____ .

   ☐    as notified by the United States Marshal.

   ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____  to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

|  |  | Judgment—Page | 3 | of | 6 |
|---|---|---|---|---|---|

DEFENDANT:         **JONATHAN ELLIS**
CASE NUMBER:       2:04cr153-A

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

**five (5) years.** This term consists of 5 years on Count 1 and 5 years on Count 2, all such terms to run **concurrently**.

      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

**X**   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

**X**   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student. (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

      If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page ___4___ of ___6___

DEFENDANT:        JONATHAN ELLIS
CASE NUMBER:      2:04cr153-A

## SPECIAL CONDITIONS OF SUPERVISION

Defendant shall submit to a search of his person, residence, office or vehicle pursuant to the search policy of this court.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___5___ of ___6___

DEFENDANT:          JONATHAN ELLIS
CASE NUMBER:        2:04cr153-A

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | __Assessment__ | __Fine__ | __Restitution__ |
|---|---|---|---|
| **TOTALS** | $ 200.00 | $ -0- | $ -0- |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| __Name of Payee__ | __Total Loss*__ | __Restitution Ordered__ | __Priority or Percentage__ |
|---|---|---|---|
|  |  |  |  |

| **TOTALS** | $ _____ 0 | $ _____ 0 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page   6   of   6

DEFENDANT:    JONATHAN ELLIS
CASE NUMBER:    2:04cr153-A

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**   **X**   Lump sum payment of $   **200.00**   due immediately, balance due

     ☐   not later than  _____ , or
     **X**   in accordance    ☐ C,   ☐ D,   ☐   E, or   **X** F below; or

**B**   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
     _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
     _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
     term of supervision; or

**E**   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
     imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   **X**   Special instructions regarding the payment of criminal monetary penalties:
     Payment shall be made to the Clerk, U. S. District Court, P. O. Box 711, Montgomery, AL 36101.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

     Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED

# U.S. District Court
## Alabama Middle District (Montgomery)
### CRIMINAL DOCKET FOR CASE #: 2:04-cr-00153-WHA-SRW-ALL
### Internal Use Only

Case title: USA v. Ellis                           Date Filed: 07/13/2004

---

Assigned to: Honorable W. Harold
Albritton, III
Referred to: Honorable Susan Russ
Walker

**Defendant**

**Jonathan Ellis** (1)
*TERMINATED: 12/06/2005*

represented by **Stephen Roger Glassroth**
The Glassroth Law Firm, PC
PO Box 910
Montgomery, AL 36101-0910
334-263-9900
Fax: 263-9940
Email: srg@glassrothlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kevin L. Butler**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: kevin_butler@fd.org
*TERMINATED: 08/02/2004*
*ATTORNEY TO BE NOTICED*

**Pending Counts**

BANK ROBBERY BY FORCE OR
VIOLENCE - NMT $250,000 [*];
NMT 25Y, B; NMT 5Y SUP REL;
$100 SA; VWPA; G-LINES
(1)

BANK ROBBERY BY FORCE OR
VIOLENCE - NMT $250,000 [*];
NMT 25Y, B; NMT 5Y SUP REL;

**Disposition**

57 MOS. IMPR. (to be served
consecutively w/ct. 2); 5 YRS. SUP
REL (to be served concurrently w/ct.
2); $100 SA

84 MOS. IMPR. (to be served
consecutively w/ct. 1); 5 YRS. SUP
REL (to be served concurrently w/ct.

$100 SA; VWPA; G-LINES (2)

1); $100 SA

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**                                    **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                           **Disposition**
18:2113A.F, 18:2113D.F - BANK ROBBERY

---

**Plaintiff**

**USA**                          represented by   **A. Clark Morris**
                                                  U.S. Attorney's Office
                                                  PO Box 197
                                                  Montgomery, AL 36101-0197
                                                  334-223-7280
                                                  Fax: 223-7560
                                                  Email: clark.morris@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2004 | 1 | COMPLAINT as to Johnathan Ellis (1). (dmk, )[2:04-mj-00054-VPM] (Entered: 06/14/2004) |
| 06/14/2004 | 2 | Arrest Warrant Issued as to Johnathan Ellis. (dmk, )[2:04-mj-00054-VPM] (Entered: 06/14/2004) |
| 06/14/2004 |  | Arrest of Johnathan Ellis (sql, )[2:04-mj-00054-VPM] (Entered: 06/15/2004) |
| 06/15/2004 | 3 | MOTION for Detention Hearing by USA as to Johnathan Ellis. (Morris, A.)[2:04-mj-00054-VPM] (Entered: 06/15/2004) |
| 06/15/2004 | 5 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Initial Appearance as to Johnathan Ellis held on |

| | | |
|---|---|---|
| | | 6/15/2004 (Tape #FTR: 3:36 - 3:57 pm.) (sql, )[2:04-mj-00054-VPM] (Entered: 06/16/2004) |
| 06/16/2004 | 6 | NOTICE OF ATTORNEY APPEARANCE: Kevin L. Butler appearing for Johnathan Ellis (Butler, Kevin)[2:04-mj-00054-VPM] (Entered: 06/16/2004) |
| 06/16/2004 | 7 | Order of Temporary Detention Pending Hearing as to Johnathan Ellis Detention and Preliminary Hearing set for 6/21/2004 02:00 PM in Courtroom 5A before Honorable Vanzetta P. McPherson; defendant shall retain counsel and counsel to file notice of appea[2:04rance; deft. remain in custody of USM. Signed by Judge Vanzetta P. McPherson on 6/16/04. (dmk, )[2:04-mj-00054-VPM] (Entered: 06/16/2004) |
| 06/21/2004 | 8 | Amended MOTION for Detention Hearing by USA as to Johnathan Ellis. (Morris, A.)[2:04-mj-00054-VPM] (Entered: 06/21/2004) |
| 06/21/2004 | 9 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Detention Hearing as to Johnathan Ellis held on 6/21/2004, Preliminary Examination as to Johnathan Ellis held on 6/21/2004; witness and exhibit lists attached [exhibit attached to [2:04minutes] (Tape #2:08 - 2:41 and 3:30 - 4:39 pm.) (sql, )[2:04-mj-00054-VPM] (Entered: 06/22/2004) |
| 06/24/2004 | 10 | DETENTION ORDER as to Johnathan Ellis . Signed by Judge Vanzetta P. McPherson on 6/24/04. (jct, )[2:04-mj-00054-VPM] (Entered: 06/24/2004) |
| 06/24/2004 | 11 | ORDER binding defendant over to the grand jury for further action as to Johnathan Ellis . Signed by Judge Vanzetta P. McPherson on 6/24/04. (jct, )[2:04-mj-00054-VPM] (Entered: 06/24/2004) |
| 06/24/2004 | | ***Motions terminated as to Jonathan Ellis : 3 MOTION for Detention Hearing filed by USA, 8 Amended MOTION for Detention Hearing filed by USA. per Detention Order filed 6/24/04 (jct, ) (Entered: 08/12/2004) |
| 07/13/2004 | 12 | INDICTMENT as to Johnathan Ellis (1) count(s) 1-2. (dmk, ) (Entered: 07/14/2004) |
| 07/13/2004 | 13 | Limits of Punishment as to Johnathan Ellis : (dmk, ) (Entered: 07/14/2004) |
| 07/14/2004 | 14 | ORDER to Produce Prisoner for Arraignment as to Johnathan Ellis Arraignment set for 7/28/2004 10:00 AM in Courtroom 5B before Honorable Susan Russ Walker.. Signed by Judge Susan Russ Walker on 7/14/04. (dmk, ) (Entered: 07/14/2004) |
| 07/28/2004 | 15 | Minute Entry for proceedings held before Judge Susan Russ Walker :Initial Appearance as to Jonathan Ellis held on 7/28/2004 (Retained counsel not present for arraignment, special arraignment to be set) (Tape #10:39 - 10:50.) (jct, ) (Entered: 07/28/2004) |

| 07/29/2004 | 16 | ORDER as to Jonathan Ellis Arraignment is set for 8/4/2004 10:30 AM in Courtroom 5B before Honorable Susan Russ Walker; the U.S. Marshal is directed to produce the defendant of the proceedings. Signed by Judge Susan Russ Walker on 7/29/2004. (ws) (Entered: 07/29/2004) |
|---|---|---|
| 07/30/2004 | 17 | MOTION to Withdraw as Attorney by Kevin L. Butler. by Jonathan Ellis. (Butler, Kevin) (Entered: 07/30/2004) |
| 08/02/2004 | 18 | ORDER as to Jonathan Ellis re 17 MOTION to Withdraw as Attorney by Kevin L. Butler. filed by Jonathan Ellis, Motion granted and terminated. Retained counsel, Steve Glassroth, is directed to file a notice of appearance . Signed by Judge Susan Russ Walker on 8/2/04. (ekl, ) (Entered: 08/02/2004) |
| 08/02/2004 |  | Attorney update in case as to Jonathan Ellis. Attorney Kevin L. Butler terminated. (ekl, ) (Entered: 08/02/2004) |
| 08/02/2004 | 19 | NOTICE of Attorney Appearance : Stephen R. Glassroth. by Jonathan Ellis. (Glassroth, Stephen) Modified on 8/2/2004 to correctly identify document as a "Notice of Appearance" instead of a "Motion for Leave to Appear" (ekl, ). (Entered: 08/02/2004) |
| 08/02/2004 |  | ***Motion terminated as to Jonathan Ellis : 19 MOTION for Leave to Appear Notice of Appearance Attorney: Stephen R. Glassroth. filed by Jonathan Ellis. [NOTICE OF APPEARANCE WAS INCORRECTLY IDENTIFIED AS A MOTION.] (ekl, ) (Entered: 08/02/2004) |
| 08/02/2004 |  | NOTICE of Docket Text Correction re: doc.19 to reflect that this document is a notice of attorney appearance and not a motion for leave to appear. (TEXT ONLY ENTRY-NO PDF DOCUMENT ATTACHED TO THIS ENTRY) (ekl, ) (Entered: 08/02/2004) |
| 08/04/2004 | 20 | WAIVER of Speedy Trial by Jonathan Ellis (jct, ) (Entered: 08/04/2004) |
| 08/04/2004 | 21 | Minute Entry for proceedings held before Judge Susan Russ Walker :Arraignment as to Jonathan Ellis (1) Count 1-2 held on 8/4/2004, Plea entered by Jonathan Ellis Not Guilty on counts 1-2. (Tape #10:32 - 10:36.) (jct, ) (Entered: 08/04/2004) |
| 08/05/2004 | 22 | ORDER ON ARRAIGNMENT Pretrial Conference set for 8/23/2004 02:00 PM in Courtroom 5B before Honorable Susan Russ Walker. Jury Trial set for 10/25/2004 10:00 AM in Courtroom 2C before Honorable W. Harold Albritton III. Pretrial Motions due by 8/20/2004. Response to Motion due by 8/27/2004. Discovery due by 8/16/2004.. Signed by Judge Susan Russ Walker on 8/5/04. (ekl, ) (Entered: 08/05/2004) |
| 08/05/2004 |  | ***Excludable XT started/stopped as to Jonathan Ellis pursuant to arraignment order finding "that the ends of justice served by setting this case on this trial term outweigh the best interest of the public |

| | | and the defendant in a speedy trial." (ekl, ) (Entered: 08/27/2004) |
|---|---|---|
| 08/23/2004 | 23 | Minute Entry for proceedings held before Judge Susan Russ Walker :Pretrial Conference as to Jonathan Ellis held on 8/23/2004 (Tape #2:26 - 2:29.) (jct, ) (Entered: 08/23/2004) |
| 08/26/2004 | 24 | PRETRIAL CONFERENCE ORDER as to Jonathan Ellis Jury Trial (2-2.5 days) set for 10/25/2004 10:00 AM in Courtroom 2C before Honorable W. Harold Albritton III. Jury Selection set for 10/25/2004 10:00 AM in Courtroom 2C before Honorable W. Harold Albritton III. Voir Dire due by 10/18/2004 Proposed Jury Instructions due by 10/18/2004 Motions in Limine due by 10/12/2004 Plea Agreement due by 10/18/2004.. Signed by Judge Susan Russ Walker on 8/26/04. (ekl, ) (Entered: 08/26/2004) |
| 08/26/2004 | 25 | ORDER as to Jonathan Ellis Pretrial Conference set for 10/1/2004 02:00 PM in Courtroom 5B before Honorable Susan Russ Walker.. Signed by Judge Susan Russ Walker on 8/26/04. (ekl, ) (Entered: 08/26/2004) |
| 09/29/2004 | 26 | Joint MOTION to Continue trial *and Continue Pretrial Conference* by Jonathan Ellis. (Glassroth, Stephen) (Entered: 09/29/2004) |
| 09/30/2004 | 27 | WAIVER of Speedy Trial by Jonathan Ellis (Glassroth, Stephen) (Entered: 09/30/2004) |
| 09/30/2004 | 28 | ORDER TO CONTINUE - Ends of Justice as to Jonathan Ellis Time excluded from 9/30/04 until 1/31/05., Motion GRANTED re 26 Joint MOTION to Continue trial (10/25/04) *and Continue Pretrial Conference (10/1/04)* filed by Jonathan Ellis. Jury Selection RESET for 1/31/2005 10:00 AM in Courtroom 2C before Honorable W. Harold Albritton III. Jury Trial (2.5 days) RESET for 1/31/2005 10:00 AM in Courtroom 2C before Honorable W. Harold Albritton III.. Signed by Judge W. Harold Albritton III on 9/30/04. (ekl, ) (Entered: 09/30/2004) |
| 10/04/2004 | 29 | ORDER as to Jonathan Ellis Pretrial Conference set for 1/10/2005 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker.. Signed by Judge Susan Russ Walker on 10/4/04. (ekl, ) (Entered: 10/04/2004) |
| 01/10/2005 | 30 | Minute Entry for proceedings held before Judge Susan Russ Walker :Pretrial Conference as to Jonathan Ellis held on 1/10/2005 (Recording Time 3:00 - 3:09.) (jct, ) (Entered: 01/10/2005) |
| 01/17/2005 | 31 | Joint MOTION to Continue trial by Jonathan Ellis. (Glassroth, Stephen) (Entered: 01/17/2005) |
| 01/19/2005 | 32 | ORDER TO CONTINUE - Ends of Justice as to Jonathan Ellis GRANTING 31 Joint MOTION to Continue trial filed by Jonathan Ellis. Jury Trial is CONTINUED from 1/31/2005 to 5/16/2005 before Honorable W. Harold Albritton III. Signed by Judge W. Harold Albritton III on 1/19/05. (kcg, ) (Entered: 01/19/2005) |

| 01/20/2005 | 33 | ORDER as to Jonathan Ellis Pretrial Conference set for 4/25/2005 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker. Signed by Judge Susan Russ Walker on 1/20/05. (kcg, ) (Entered: 01/20/2005) |
|---|---|---|
| 04/25/2005 | 34 | Minute Entry for proceedings held before Judge Susan Russ Walker :Pretrial Conference as to Jonathan Ellis held on 4/25/2005 (Recording Time 2:55 - 3:00.) (jct, ) (Entered: 04/25/2005) |
| 05/06/2005 | 35 | ORDER as to Jonathan Ellis that the parties file their proposed voir dire questions, proposed jury instructions, and motions in limine on or before 5/10/05 . Signed by Judge W. Harold Albritton III on 5/6/05. (ws) (Entered: 05/06/2005) |
| 05/10/2005 | 36 | Joint MOTION to Continue trial by Jonathan Ellis. (Glassroth, Stephen) (Entered: 05/10/2005) |
| 05/10/2005 | 37 | WAIVER of Speedy Trial by Jonathan Ellis (Glassroth, Stephen) (Entered: 05/10/2005) |
| 05/10/2005 | 38 | ORDER as to Jonathan Ellis (incorporating ORDER TO CONTINUE - Ends of Justice as to Jonathan Ellis Time excluded from 5/16/05 until 8/29/05) that the trial of this case is CONTINUED from 5/16/05 to 8/29/05 . Signed by Judge W. Harold Albritton III on 5/10/05. (ws) (Entered: 05/10/2005) |
| 05/10/2005 | | Terminate Deadlines and Hearings as to Jonathan Ellis:, ***Motions terminated as to Jonathan Ellis: 36 Joint MOTION to Continue trial filed by Jonathan Ellis,. (ws, ) (Entered: 05/10/2005) |
| 05/10/2005 | | Minute Entry for proceedings held before Judge W. Harold Albritton III:Status Conference as to Jonathan Ellis held on 5/10/2005 [No PDF Attached] (kcg, ) (Entered: 06/07/2005) |
| 05/17/2005 | 39 | ORDER as to Jonathan Ellis Pretrial Conference is set for 8/8/2005 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker. Signed by Judge Susan Russ Walker on 5/17/05. (kcg, ) (Entered: 05/17/2005) |
| 08/08/2005 | 40 | Minute Entry for proceedings held before Judge Susan Russ Walker :Pretrial Conference as to Jonathan Ellis held on 8/8/2005 (Recording Time 3:00 - 3:07.) (jct, ) (Entered: 08/08/2005) |
| 08/22/2005 | 41 | PLEA AGREEMENT *Change of Plea* as to Jonathan Ellis (Glassroth, Stephen) (Entered: 08/22/2005) |
| 08/22/2005 | 42 | ORDER as to Jonathan Ellis Change of Plea Hearing set for 8/23/2005 10:00 AM in Courtroom 5B before Honorable Susan Russ Walker. The Clerk is DIRECTED to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding. Signed by Judge Susan Russ Walker on 8/22/05. (kcg, ) (Entered: 08/22/2005) |

| 08/22/2005 | 43 | Proposed Jury Instructions by USA as to Jonathan Ellis (Morris, A.) (Entered: 08/22/2005) |
|---|---|---|
| 08/22/2005 | 44 | Proposed Voir Dire by USA as to Jonathan Ellis (Morris, A.) (Entered: 08/22/2005) |
| 08/22/2005 | | Minute Entry for proceedings held before Judge W. Harold Albritton III:Telephone Conference as to Jonathan Ellis held on 8/22/2005 [no pdf attached] (kcg, ) (Entered: 09/01/2005) |
| 08/23/2005 | 45 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Jonathan Ellis (jct, ) (Entered: 08/23/2005) |
| 08/23/2005 | 46 | PLEA AGREEMENT as to Jonathan Ellis (jct, ) (Entered: 08/23/2005) |
| 08/23/2005 | | ORAL ORDER adjudicating defendant guilty as to Counts 1, 2 of the Indictment as to Jonathan Ellis . Signed by Judge Susan Russ Walker on 8/23/05. (jct, ) (Entered: 08/23/2005) |
| 08/23/2005 | 47 | Minute Entry for proceedings held before Judge Susan Russ Walker :Change of Plea Hearing as to Jonathan Ellis held on 8/23/2005, Plea entered by Jonathan Ellis (1) Guilty Count 1-2. (Court Reporter Jimmy Dickens.) (jct, ) (Entered: 08/23/2005) |
| 08/26/2005 | 48 | ORDER as to Jonathan Ellis : Sentencing set for 11/30/2005 09:00 AM in Courtroom 2C before Honorable W. Harold Albritton III. That on or before 11/16/05 counsel for parties shall communicate in writing to the probation officer any objections they have to the presentence report; That unless excused in writing by the Chief U.S. Probation Officer, counsel for parties shall be available for a conference with the probation officer on 11/17/05 at 10:00 a.m. to discuss issues contained in the presentence report. Signed by Judge W. Harold Albritton III on 8/26/05. (ws) (Entered: 08/26/2005) |
| 11/30/2005 | | TRANSCRIPT of Change of Plea Proceedings as to Jonathan Ellis held on 8/23/05 before Judge Susan R. Walker. Court Reporter: James Dickens. (ws, ) (Entered: 12/01/2005) |
| 11/30/2005 | 49 | Minute Entry for proceedings held before Judge W. Harold Albritton III:Sentencing held on 11/30/2005 as to Jonathan Ellis (Court Reporter Risa Entrekin) (Attachments: # 1 Witness List) (ws ) (Entered: 12/07/2005) |
| 12/06/2005 | 50 | JUDGMENT as to Jonathan Ellis (1) - Count(s) 1: 57 MOS. IMPR. (to be served consecutively w/ct. 2); 5 YRS. SUP REL (to be served concurrently w/ct. 2); $100 SA; Count(s) 2: 84 MOS. IMPR. (to be served consecutively w/ct. 1); 5 YRS. SUP REL (to be served concurrently w/ct. 1); $100 SA . Signed by Judge W. Harold Albritton III on 12/6/05. (ws) (Entered: 12/07/2005) |

| 12/06/2005 | | ***Set/Clear Flags as to Jonathan Ellis, ***Case Terminated as to Jonathan Ellis (ws, ) (Entered: 12/07/2005) |
| 12/09/2005 | 🌐51 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Jonathan Ellis (ws, ) (Entered: 12/09/2005) |