FOR USE WITH §2255s ONLY

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

____Middle____ District of ____Alabama____

RECEIVED 2006 NOV 13 A 10:08

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

** See Notice on Second Page

CASE NUMBER: 2:04-cr-153-A
2:06cv1013-WHA

I, __Jonathan Ellis__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __Atlanta City Detention Center__

    Are you employed at the institution? __NO__  Do you receive any payment from the institution? __NO__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends              ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
    d. Disability or workers compensation payments       ☐ Yes    ☒ No
    e. Gifts or inheritances                              ☐ Yes    ☒ No
    f. Any other sources                                  ☐ Yes    ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   If any of your dependants are minors, please do not list their full name; just list their initials.

I declare under penalty of perjury that the above information is true and correct.

_11/8/06_  
Date

_____  
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**\*\*NOTICE TO PRISONER FILING UNDER 28 U.S.C. §2255:** Complete this form only if you do not have the necessary funds for transcripts, counsel, etc. There is NO FILING FEE for §2255 motions.

**RESIDENT HISTORY REPORT**                                                                 Page 1 of 1

Atlanta City Detention Center
11/03/06 16:22
ST 005 / OPR ALT

```
Inmate Number    : 060002959
Resident Name    : ELLIS, JONATHAN
Time Frame       : 07/21/2006 18:51 - 11/03/2006 16:22
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 07/21/2006 | 18:51 | Intake | 8 | smc | H10038 | 0.00 | 0.00 |
| 08/14/2006 | 11:36 | Add | 12 | saw | L43312 | 55.00 | 55.00 |
| 08/14/2006 | 13:55 | Order | 1 | khp | A51983 | 40.99 | 14.01 |
| 08/17/2006 | 11:50 | Order | 1 | khp | A52333 | 13.18 | 0.83 |
| 08/25/2006 | 11:50 | Add | 12 | saw | L43796 | 70.00 | 70.83 |
| 08/25/2006 | 11:50 | Add | 12 | saw | L43797 | 70.00 | 140.83 |
| 08/25/2006 | 11:50 | Add | 12 | saw | L43798 | 70.00 | 210.83 |
| 08/25/2006 | 11:51 | Add | 12 | saw | L43799 | 70.00 | 280.83 |
| 08/25/2006 | 11:52 | Add | 12 | saw | L43800 | 70.00 | 350.83 |
| 08/25/2006 | 11:52 | Add | 12 | saw | L43801 | 70.00 | 420.83 |
| 08/25/2006 | 11:52 | Add | 12 | saw | L43802 | 70.00 | 490.83 |
| 08/25/2006 | 13:30 | Add | 12 | saw | L43803 | 70.00 | 560.83 |
| 08/25/2006 | 13:30 | Add | 12 | saw | L43804 | 70.00 | 630.83 |
| 08/25/2006 | 13:31 | Add | 12 | saw | L43805 | 70.00 | 700.83 |
| 08/28/2006 | 17:16 | Order | 1 | khp | A53399 | 134.81 | 566.02 |
| 08/30/2006 | 05:29 | Credit | 1 | dgh | A53584 | 6.18 | 572.20 |
| 08/31/2006 | 12:59 | Order | 1 | khp | A53793 | 35.38 | 536.82 |
| 09/05/2006 | 05:10 | Credit | 1 | dgh | A53943 | 6.18 | 543.00 |
| 09/07/2006 | 13:02 | Order | 1 | khp | A54149 | 35.38 | 507.62 |
| 09/08/2006 | 10:18 | Credit | 1 | khp | A54339 | 35.38 | 543.00 |
| 09/08/2006 | 15:10 | Order | 1 | khp | A54760 | 69.01 | 473.99 |
| 09/11/2006 | 05:28 | Credit | 1 | dgh | A54984 | 3.13 | 477.12 |
| 09/11/2006 | 12:25 | Order | 1 | dgh | A55236 | 28.29 | 448.83 |
| 09/18/2006 | 13:55 | Order | 1 | khp | A56046 | 44.42 | 404.41 |
| 09/25/2006 | 13:33 | Order | 1 | khp | A56758 | 28.33 | 376.08 |
| 10/02/2006 | 14:08 | Order | 1 | adj | A57483 | 63.93 | 312.15 |
| 10/09/2006 | 15:21 | Order | 1 | srmJS | A58164 | 35.33 | 276.82 |
| 10/16/2006 | 14:48 | Order | 1 | khp | A58798 | 29.84 | 246.98 |
| 10/18/2006 | 15:43 | Credit | 1 | khp | A59022 | 1.93 | 248.91 |
| 10/19/2006 | 13:34 | Order | 1 | khp | A59175 | 5.42 | 243.49 |
| 10/23/2006 | 12:46 | Order | 1 | khp | A59523 | 39.14 | 204.35 |
| 10/26/2006 | 13:08 | Order | 1 | khp | A59880 | 43.06 | 161.29 |
| 10/30/2006 | 14:25 | Order | 1 | khp | A60250 | 74.90 | 86.39 |
| 11/02/2006 | 13:09 | Order | 1 | adj | A60622 | 16.77 | 69.62 |