IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN ELLIS,           ) | |
| ) | |
| Petitioner,     ) | |
| ) | |
| v.                            ) | Civil Action No. |
| ) | 2:06cv1013-WHA |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent.      ) | |

**ORDER ON MOTION**

Now pending before the court is the November 6, 2006, application to proceed without prepayment of fees (Doc. No. 2) filed by the petitioner, Jonathan Ellis, in conjunction with his motion to vacate, set aside, or correct sentence. *See* 28 U.S.C. § 2255. There is no filing fee required for a motion to vacate filed pursuant to 28 U.S.C. § 2255. Accordingly, upon consideration of the application to proceed without prepayment of fees, it is

ORDERED that the application be and is hereby DENIED as moot.

Done this 14th day of November, 2006.

                                        /s/Susan Russ Walker
                                    SUSAN RUSS WALKER
                                    UNITED STATES MAGISTRATE JUDGE