IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN ELLIS, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CASE NO. 2:06cv1013-WHA |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

**MOTION FOR ADDITIONAL TIME TO FILE REQUIRED AFFIDAVIT**

Stephen R. Glassroth, former counsel for petitioner, moves the Court for the entry of an order granting him additional time, to and including December 15, 2006, within which to file the affidavit required by in this cause. In support of the motion, the following is shown to the Court:

1. By prior order, the Court directed former counsel for Mr. Ellis to file an affidavit responding to the claims of alleged ineffective assistance of counsel.

2. As the Court may know, undersigned counsel will be beginning a new position as the Executive Director of the Federal Defenders of the Middle District of Georgia, Inc. On January 2, 2007, and he has been winding down his practice. As a result, he needs additional time to thoroughly go over the file and provide the Court with all relevant facts to demonstrate that the claims raised in the motion are without merit.

3. Counsel is currently out of town, attending the annual national conference of chief federal defenders and a joint meeting of the judiciary's Defender Services Committee. Counsel is due back in his office on December 7, 2006, and has a sentencing in a state court murder case scheduled for December 8 that will be more detailed and involved than other routine state court

cases. Once that is completed counsel will be able to do the necessary review of the file and material that must be examined before the required affidavit is prepared and filed.

4.   Additional time, to and including December 15, 2006, will allow counsel to all of the necessary tasks to be able to file the thorough and detailed affidavit that will describe the operative facts and circumstances in this case and show that the claims if ineffectiveness are without merit.

5.   No party will suffer any prejudice should the Court grant the motion and provide the relief sought herein and this motion is not interposed for a dilatory, or any other improper purpose.

WHEREFORE, counsel prays the Court will consider the matter set forth herein and, after due consideration, enter its order granting the motion and directing that the required affidavit be filed on or before December 15, 2006.

                    Respectfully submitted,

                    s/Stephen R. Glassroth
                    STEPHEN R. GLASSROTH
                    AL Bar Code: GLA005
                    The Glassroth Law Firm, P.C.
                    Post Office Box 910
                    Montgomery, Alabama 36101-0910
                    Phone (334) 263-9900
                    Fax (334) 263-9940
                    E-mail srg@glassrothlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

s/Stephen R. Glassroth
STEPHEN R. GLASSROTH
AL Bar Code: GLA005
The Glassroth Law Firm, P.C.
Post Office Box 910
Montgomery, Alabama 36101-0910
Phone (334) 263-9900
Fax (334) 263-9940
E-mail srg@glassrothlaw.com
