IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN ELLIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:06cv1013-WHA |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed on December 5, 2006, by attorney Stephen R. Glassroth (Doc. No. 5), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

It is further ORDERED that:

1. Mr. Glassroth be GRANTED an extension from December 4, 2006, to and including December 15, 2006, to file an affidavit addressing the claims of ineffective assistance of counsel presented against him in the petitioner's § 2255 motion, in compliance with this court's order entered on November 14, 2006.

2. The United States be GRANTED an extension from December 14, 2006, to December 27, 2006 to file a response addressing the claims in the petitioner's § 2255 motion.

Done this 5th day of December, 2006.

                                             /s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE