IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN ELLIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CASE NO.  2:06cv1013-WHA |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## SECOND UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE REQUIRED AFFIDAVIT

Stephen R. Glassroth, former counsel for petitioner, moves the Court for the entry of an order granting him additional time, consisting of one business day, to and including December 18, 2006, within which to file the affidavit required by in this cause.  In support of this second motion, the following is shown to the Court:

1. In granting undersigned counsel's first motion for additional time, the Court directed former counsel for Mr. Ellis to file an affidavit responding to the claims of alleged ineffective assistance of counsel by December 15, 2006, a date requested by counsel.

2. At the time undersigned counsel filed the first motion for additional time, counsel was unaware that he would have to be in Macon, Georgia tending to certain matters in his capacity as Executive Director of the Federal Defenders of the Middle District of Georgia, Inc. On December 14 and 15, 2006.  With his absence from Montgomery and working in Macon on the date on which the affidavit is currently due, it is not feasible for counsel to complete the affidavit by the current due date.  Counsel seeks a one business day extension so that he will be able to work on

completing the affidavit over the weekend days of December 16 and 17, to be able to file it on December 18, 2006.

3.   This motion is unopposed by the government.  Counsel this date spoke with the Office of the United States Attorney about this second motion for additional time and was advised that the United States had no opposition to the Court granting the relief sought herein.  In addition, undersigned counsel was authorized to make the government's position known to the Court.

5.   No party will suffer any prejudice should the Court grant the motion and provide the relief sought herein and this motion is not interposed for a dilatory, or any other improper purpose.

WHEREFORE, counsel prays the Court will consider the matter set forth herein and, after due consideration, enter its order granting this second motion for additional time and direct that the required affidavit be filed on or before December 18, 2006.

          Respectfully submitted,

          s/Stephen R. Glassroth
          STEPHEN R. GLASSROTH
          AL Bar Code: GLA005
          The Glassroth Law Firm, P.C.
          Post Office Box 910
          Montgomery, Alabama 36101-0910
          Phone (334) 263-9900
          Fax (334) 263-9940
          E-mail srg@glassrothlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

s/Stephen R. Glassroth
STEPHEN R. GLASSROTH
AL Bar Code: GLA005
The Glassroth Law Firm, P.C.
Post Office Box 910
Montgomery, Alabama 36101-0910
Phone (334) 263-9900
Fax (334) 263-9940
E-mail srg@glassrothlaw.com