IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JONATHAN ELLIS,                    )
                                   )
            Petitioner,            )
                                   )
    v.                             )        Civil Action No.
                                   )        2:06cv1013-WHA
UNITED STATES OF AMERICA,          )
                                   )
            Respondent.            )

## ORDER ON MOTION

Upon consideration of the motion for extension of time filed on December 13, 2006, by attorney Stephen R. Glassroth (Doc. No. 7), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that Mr. Glassroth be GRANTED an extension from December 15, 2006, to and including December 18, 2006, to file an affidavit addressing the claims of ineffective assistance of counsel presented against him in the petitioner's § 2255 motion, in compliance with this court's order entered on November 14, 2006.

Done this 14th day of December, 2006.


        /s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE