IN THE DISTRICT COURT OF THE United STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JAN -8  A 9: 42

A.P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jonathan Ellis  )  Civil No. 206 cv 1013
    Petitioner  )
v.              )  Criminal No. 204 Cc 153A
United States of America  )
    Respondant  )

MOTION FOR LEAVE TO PROCEED IN
FORMA PAUPERIS ON 2255 MOTION
AND TO HAVE COUNSEL APPOINTED

NOW HERE COMES THE PETITIONER, Jonathan Ellis, by and Through himself and Respectfully moves THIS COURT TO ISSUE AN ORDER PERMITTING THE Movant to PROCEED WITH HIS 28 U.S.C 2255 MOTION IN FORMA PAUPERIS and Have Counsel appointed FOR HIM.

In Support of THIS MOTION, THE Defendant STATES THE Following:

1. THAT he is presently incarcerated at the ATLANTA CITY DENTENTION CENTER IN ATLANTA, Georgia, 30303.

2. THAT HE IS WITHOUT Income or assets with which to Pay for Cost of a 28 U.S.C. 2255 Proceeding or to Procure Counsel.

Wherefore, Jonathan Ellis prays that He Be Granted Leave To Proceed In Forma Pauperis and appointed Counsel In The Above Captioned Cause.

Respectfully Submitted

Jonathan Ellis
Adress
254 Peachtree Street S.W.
Atlanta, GA 30303

Jan. 2, 2007

## Certificate of Service

I, Jonathan Ellis hereby certify that on the 2nd day of Janunary 2007 A copy of my motion to proceed in forma pauperis on 18 U.S.C 2255, To have Counsel Appointed, And for Transcripts and reports of proceedings was sent to the United States Attorney and Stephen Glassroth at the below Stated address in U.S mail.

A. Clark Morris
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone #: (334) 223-7280
Fax #: (334) 223-7135
E-Mail: Clark.Morris@usdoj.gov
ASB-1613-N77A

Stephen R. Glassroth
THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post office Box 910
Montgomery, AL 36101-0910
Phone #: (334) 263-9900
Fax #: (334) 263-9940
firm@glassroth.law.com