IN THE DISTRICT COURT OF THE United STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

RECEIVED
2007 JAN -8 A 9:42

[Clerk stamp: HACKETT, U.S. DISTRICT COURT ALA]

| | |
|---|---|
| JONATHAN Ellis<br>Petitioner<br>v.<br>UNITED STATES OF AMERICA<br>Respondent | CIVIL Action No. 2:06cv1013-WHA<br><br>CRIMINAL No: 204CC1588 |

## MOTION TO APPOINT HABEAS COUNSEL AND Incorporated Affidavit

NOW COMES THE PETITIONER, JONATHAN Ellis, PRO-SE AND MOVES THIS Honorable Court to ISSUE AN ORDER APPOINTED COUNSEL FOR THE PETITIONER IN THE ABOVE CAPTIONED CAUSE.

IN SUPPORT OF THIS MOTION THE PETITIONER OFFERS THE AFFIDAVIT BELOW.

## AFFIDAVIT IN SUPPORT OF MOTION

I JONATHAN Ellis BEING SWORN, BOUND BY THE LAWS OF Perjury, Deposes and SAYS:

1. THAT I AM THE PETITIONER IN THE ABOVE STATED CAUSE.

2. THAT I AM CURRENTLY REQUESTING FOR THIS COURT TO APPOINT Counsel FOR ME PURSUANT TO THE CRIMINAL JUSTICE Act.

3. I DO not Have REALIABLE Access to A LAW LIBRARY AT THE facility which I AM CURRENTLY BEING HELD.

4. I AM NOT A LAWYER, However I DO know THAT I Have BEEN A VICTIM OF Ineffective Assistance of Counsel.

5. I AM CURRENTLY AN Indigent And Have NO OTHER MEANS WHICH TO PAY FOR Counsel.

I declare under penalty of Perjury THAT THE FORGOING Is True and CORRECT.

AFFIANT SAYETH NOT.

Respectfully Submitted

Jonathan Ellis
Address
254 Peachtree ST. S.W.
ATLANTA, GA 30303

Jan. 2. 2007

## Certificate of Service

I, Jonathan Ellis hereby certify that on the 2nd day of January 2007 a copy of my motion to proceed in forma pauperis on 18 U.S.C 2255, To have Counsel Appointed, And for Transcripts and reports of proceedings was sent to the United States Attorney and Stephen Glassroth at the below stated address in U.S mail.

A. Clark Morris
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone #: (334) 223-7280
Fax #: (334) 223-7135
E-Mail: Clark.Morris@usdoj.gov
ASB-1613-N77A

Stephen R. Glassroth
THE GLASSROTH LAW FIRM, P.C.
615 S. McDonough Street
Post office Box 910
Montgomery, AL 36101-0910
Phone #: (334) 263-9900
Fax #: (334) 263-9940
firm@glassrothlaw.com