IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

RECEIVED
2007 JAN -8  A 9:42

P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JONATHAN ELLIS           |  Civil No. 206 CV 1013
    Petitioner        |  CRIMINAL NO. 204CC 153A
V.                       |
United STATES OF AMERICA |
    Respondant        |

MOTION FOR TRANSCRIPTS AND REPORTS OF
PROCEEDINGS

NOW COMES THE Petitioner, Jonathan Ellis, PRO-SE, AND MOVES THIS HONORABLE COURT TO ISSUE AN ORDER PURSUANT TO FEDERAL RULE OF Appellate procedure 10(a)(1),(2),(3) and (b)(A) IN ORDER TO PROCEED ON THIS 2255 motion.

In Support thereof, THE Movant alleges onto the court the following:

1. THAT THE PETITONER WAS SENTENCED ON NOV. 30, 2005
2. THAT A TITLE 28 U.S.C. 2255 motion was filed on NOV. 3, 2006

3. THAT HE IS IN NEED OF All TRANSCRIPTS and reports of EACH Proceeding IN ORDER TO PROCEED ON HIS 28 U.S.C 2255 MOTION/PROCEEDINGS

4. THAT HE IS REQUESTING the entire REPORT OF Proceedings IN the Above captioned Criminal cause IN order to Prepare For THE Above Captioned Civil Cause.

5. THAT HE IS Indigent and Unable to pay the Cost for the transcripts.

    Wherefore, the Movant Prays that this motion be granted.

Respectfully Submitted

*[signature]*

Jonathan Ellis

Address

254 Peachtree Street. S.W

Atlanta, GA, 30303

Jan. 2, 2007

## Certificate of Service

I, Jonathan Ellis hereby certify that on the 2nd day of Janunary 2007 A copy of my motion to proceed in forma pauperis on 18 U.S.C 2255, To have Counsel Appointed, And for Transcripts and reports of proceedings was sent to the United States Attorney and Stephen Glassroth at the below stated address in U.S mail.

> A. Clark Morris
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, AL 36104
> Phone #: (334) 223-7280
> Fax #: (334) 223-7135
> E-Mail: Clark.Morris@usdoj.gov
> ASB-1613-N77A
>
> Stephen R. Glassroth
> THE GLASSROTH LAW FIRM, P.C.
> 615 S. McDonough Street
> Post Office Box 910
> Montgomery, AL 36101-0910
> Phone #: (334) 263-9900
> Fax #: (334) 263-9940
> firm@glassrothlaw.com