IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN ELLIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:06cv1013-WHA-SRW |
| UNITED STATES OF AMERICA, ) | [WO] |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

On January 2, 2007, the petitioner filed a "Motion for Transcripts and Report of Proceedings," in which he requests a copy of the "entire report of proceedings" in his criminal case (Case No. 2:04cr153-WHA), "in order to proceed on his 28 U.S.C. [§] 2255 motion/proceedings."[1] (Doc. No. 14 at 1-2.) In the Certificate of Service contained with the government's response to the petitioner's § 2255 motion, the United States Attorney states that on December 27, 2006, she mailed by United States Postal Service the government's response and supporting exhibits to the petitioner at the Atlanta City Detention Center, 254 Peachtree Street, Atlanta, GA 30303. (Doc. No. 10-1 at 21.) The government's supporting exhibits include copies of the indictment in the petitioner's criminal case, the plea agreement,

---

[1] Although the motion is date-stamped "received" on January 8, 2007, under the "mailbox rule," the court deems it filed on the date the petitioner delivered it to prison authorities for mailing, January 2, 2007. *See Houston v. Lack*, 487 U.S. 266, 271-72 (1988); *Washington v. United States*, 243 F.3d 1299, 1301 (11th Cir. 2001).

the guilty plea transcript, and the sentencing hearing. (Doc. Nos. 10-2 through 10-5.)

Accordingly, and for good cause, it is

ORDERED that the "Motion for Transcripts and Report of Proceedings" (Doc. No. 14) is DENIED at this time.

The petitioner is advised that should he provide this court with notice that he has not received the government's response and supporting exhibits or an explanation of his need for additional portions of the proceedings in his criminal case, the court will reconsider his request at that time.

Done this 10th day of January, 2007.

        /s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE