IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JONATHAN ELLIS,                    )
                                   )
            Petitioner,            )
                                   )
     v.                            )        Civil Action No.
                                   )        2:06cv1013-WHA-SRW
UNITED STATES OF AMERICA,          )        [WO]
                                   )
            Respondent.            )

## ORDER ON MOTION

On January 2, 2007, the petitioner filed a "Motion to Appoint Habeas Counsel" (Doc.

No. 13), wherein he asks this court to appoint counsel for the purpose of representing him

in the proceedings on his § 2255 motion.[1]   Upon consideration of this motion, and as the

appointment of counsel is not warranted at this stage of the proceedings, it is

ORDERED that this motion be and is hereby DENIED.

Done this 10th day of January, 2007.


              /s/Susan Russ Walker
              SUSAN RUSS WALKER
              UNITED STATES MAGISTRATE JUDGE

---

[1]Although the motion is date-stamped "received" on January 8, 2007, under the "mailbox rule," the court deems it filed on the date the petitioner delivered it to prison authorities for mailing, January 2, 2007. *See Houston v. Lack*, 487 U.S. 266, 271-72 (1988); *Washington v. United States*, 243 F.3d 1299, 1301 (11th Cir. 2001).