IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN ELLIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 2:06cv1013-WHA-SRW |
| UNITED STATES OF AMERICA, | ) | [WO] |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

On January 2, 2007, the petitioner filed a "Motion for Leave to Proceed in Forma Pauperis on [§ ] 2255 Motion and to Have Counsel Appointed."[1] (Doc. No. 12.) Upon consideration of this motion, and as the appointment of counsel is not warranted at this stage of the proceedings, it is

ORDERED that this motion be and is hereby DENIED.

Done this 10th day of January, 2007.

                                                                           /s/Susan Russ Walker
                                                                           SUSAN RUSS WALKER
                                                                           UNITED STATES MAGISTRATE JUDGE

---

[1] Although the motion is date-stamped "received" on January 8, 2007, under the "mailbox rule," the court deems it filed on the date the petitioner delivered it to prison authorities for mailing, January 2, 2007. *See Houston v. Lack*, 487 U.S. 266, 271-72 (1988); *Washington v. United States*, 243 F.3d 1299, 1301 (11th Cir. 2001).