RECEIVED

2007 JAN 25 A 7:49

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE DISTRICT COURT OF THE United States
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Jonathan Ellis | : | Civil Action |
| Petitioner | : | 2:06 cv 1013 – WHA |
| v. | : | |
| United STATES OF AmerICA | : | Criminal No. 204 Cc 153A |
| Respondant | : | |

Motion for 30 DAY Extention of Time To
FILE Response and Incorporated Affidavit

Now comes the Petitioner, Jonathan Ellis, by and through himself and Respectfully moves this Honorable Court to issue an order Extending the time for the Petitioner to Respond to the Governments Response in the Above Entitled cause.

IN Support of This Motion The Petitioner offers
THE following Incorporated Affidavit.

I Jonathan Ellis, being duly sworn deposes and says:

i) On November 6, 2006, I filed A Motion under 28 u.s.c. 2255 Challenging My Conviction and Sentence For Armed bank Robbery and use of A Firearm during a crime of ~~xxxxxx~~ violence.

2) There after The clerk of this court was Directed to serve a Copy of my 2255 motion upon the United States Attorney for the Middle District of Alabama. The United States Attorney was also ordered to file a response to my Motion within (30) days from the date of November 14, 2006.

3) In Addition, this court Also Directed that My former Counsel, Stephen R. Glassroth file a Sworn Affidavit in Response to the Issues Stated in my 2255 motion.

4) On December, 27, 2006, I recieved the Affidavit of Stephen Glassroth Relating to claims of ineffective Assistance of Counsel.

5) On January, 3, 2007, I Recieved the United States Response to My 2255 motion.

6) On January, 4, 2007, THIS Court Issued Allowing me to file a reply to the Governments Response on or before January, 25, 2007.

7) I currently need an additional 30 day Extention of Time for Research and Preparation of Documents, briefs and Exibits which will be used to Substantiate my claim.

8) The Law Library at the facility which I am being detained at is not available Everyday and I have Limited Access on the day which it is available.

9) The additional 30 days will be sufficient for me to file my Reply brief.

I swear under Penalty of Perjury that the foregoing is True and Correct.

Wherefore based on this motion and the Affidavit in Support the Petitioner Prays that he be allowed a 30 day Expation of Time to file its reply brief.

Respectfully Submitted

Jonathan Ellis

254 Peachtree STREET S.W.

ATLanta, GA  30303

Certificate of Service


I, Jonathan Ellis hereby certify that on the 17th day of Janunary 2007, A Copy of my motion for 30 day Extention of time to file Response and Incorporated Affidavit was sent to the United States Attorney and Stephen Glassroth at the below Stated address in U.S Mail.


A. Clark Morris
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone # : (334) 223 - 7280
Fax # : (334) 223 - 7135
E-Mail : Clark . Morris @ usdoj . gov
ASB - 1613 - N77A


Stephen R. Glassroth
THE Glassroth LAW FIRM, P. C.
615 S. McDonough Street
Post Office Box 910
Montgomery, AL 36101 - 0910
Phone # : (334) 263 - 9900
Fax # : (334) 263 - 9940
Firm @ glassroth law . Com

ATLANTA GA 303

22 JAN 2007 PM 4 L

Middle District of Alabama
office of
Clerk United States District Court
P.O Box 711
MONTGOMERY, AL 36101-0711

36101+0711

Jonathan V Ellis
254 Peachtree Street SW
Atlanta GA 30303