In The District Court of The United States
For The Middle District of Alabama
Northern Division

RECEIVED 2007 FEB 26 A 11:26

| | |
|---|---|
| Jonathan Ellis | Civil Action No. |
| Petitioner | 2:06 CV 1013-WHA-SRW |
| vs. | |
| | Criminal No. 204 Cc 153 A |
| United States of America | |
| Respondent | |

Consolidated Motion for an additional (30) days to file reply brief and Affidavit in Support thereof.

Now Comes the Petitioner, Jonathan Ellis, by and through himself and Respectfully moves this Honorable Court issue an order Granting the Petitioner in this Cause an Additional Thirty days to file his reply brief, In Support of this motion the Petitioner offers the following: Incorporated Affidavit.

(1) On November 6, 2006, I filed a motion under 28 U.S.C. 2255 challenging my conviction and Sentence for Armed Bank Robbery and use of a firearm during a Crime of Violence.

(2) Thereafter the Clerk of this Court was directed to serve a Copy of my 2255 motion upon the United States Attorney for the Middle District of Alabama. The United States Attorney was also ordered to file a Response to my motion within (30) days from the date of November 14, 2006.

3) This Court also directed that my former Counsel, Stephen R. Glassroth file a Sworn Affidavit in response to the issue stated in my 2255 motion.

4) On December 27, 2006, I recieved the Affidavit of Stephen Glassroth relating to claims of inneffective Assistance of Counsel.

5) On January 3, 2007, I recieved the United States Response to my 2255 motion.

6) On January 4, 2007, This Court issued an order Allowing me to file a reply to the Governments response on or before January 25, 2007.

7) On January 26, 2007 This Court Granted me an Extention from January 25, 2007 to and including February 26, 2007 to file a reply to the governments response to my 28 U.S.C. 2255 motion.

8) I have previously indicated on two seperate occassions to this Court that the law library at the facility which I'am being detained at is not Available everyday and that I have limited Acesss to the Same.

9) As will appear in my brief when it is filed the issue Contained in this Cause are Numerous multifarious and Complex, and that fact has required Additional time for me to file my reply brief. This Appeal Presents questions of first impression.

(10) One question presented in this Appeal is whether entry of Separate Judgements of Conviction under title 18 U.S.C. 2113(a)-(d) and Title 18 U.S.C. 924(c) based on the Same Conduct violates the Fifth Amendment Double Jeoparday Principles. In this Case there were no material difference between the two sets of Statutes subject to impermissible cummulative and punitive effect of a Second Judgement of Conviction in the Combined 18 U.S.C. 2113(a)-(d) and 18 U.S.C. 924(c) Prosecution. This issue is very complex and requires additional time to brief.

(11) The question cannot be limited to whether the two Convictions and Sentences on 18 U.S.C. 2113(a)+(d) and 18 U.S.C. 924(c) charges Against we have resulted in An impermissible greater punishment. To an inquiry in to whether my total prison term and Assesment Fee exceeds the Parameters established by one statute or Another Since each Separate Judgement of Conviction And Concurrent sentence Amounts to punissnments and that fact presents issues which require additional time to brief.

(12) The Consolidated claims Contained in this Appeal Are not Governed exclusively by the intent of the legislature but are also of The Judicial Nature and That fact presents the need for additional time to brief my reply.

(13) The Recent Supreme Court decision in Cunningham v. California case no. 05-6551 decided January 22, 2007 has significant Bearance on the issue of the Court enhancing my Sentence based on Judical fact finding and that issue Also requires additional time to brief my reply.

14) A quantitive Analysis of other similarly Situated defendants in both State and federal Court and the Sentences they recieve must be put together and that fact presents An additional reason why more time is needed to file my reply brief.

15) I have outsoorce much needed material and expected to have it by February 10, 2007, however I have not recieved it yet and that fact presents An additional reason why more time is needed to file my reply brief.

16) I have been working deligently on this Appeal and the additional time requested will be Sufficient for me to file my reply brief.

I swear under penalty of perjury that foregoing is true and Correct

wherefore, based on this motion and Affidavit in support thereof, I pray that this motion be granted

Respectfully Submitted

_____

Jonathan Ellis
254 Peachtree Street S.W
Atlanta, GA 30303.

## Certificate of Service

I, Jonathan Ellis herby certify that on the 20th Day of feburary 2007 a copy of my Consolidated Motion for an additional (30) days was sent to the United States Attorney and Stephen Glassroth at the below stated address in U.S mail.

A. Clark Morris
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone#: (334) 223-7280
Fax#: (334) 223-7135
E-Mail: Clark.Morris@usdoj.gov
ASB-1613-N77A

Stephen R. Glassroth
The Glassroth Law Firm, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, AL 36101-0910
Phone#: (334) 263-9900
Fax#: (334) 263-9940
Firm@glassrothlaw.com.



Middle District of Alabama
Office of
Clerk, United States District Court
P.O. Box 711
Montgomery, AL 36101-6711

Jonathan Ellis
250 Peachtree Street, SW
Atlanta, GA 30303