In The District Court of The United STATES
For The Middle District of Alabama
Northern Divison

RECEIVED
2007 MAR 26  A 10: 57
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

| | |
|---|---|
| Jonathan Ellis | Civil No. 2:06 cv 1013 |
| Petitioner | WHA - SRW |
| -v- | |
| United States of America | Criminal No. |
| Respondant | 204 cc 153 A |

Motion for additional 30day extention to file reply brief in 28 U.S.C 2255 Proceeding:

Now Comes the Petitioner Jonathan Ellis, pro se and Respectfully move this Honorable Court for an additional 30day Extention to file a Reply to the Governments Response in the above entitled cause.

In Support of this Motion the Petitioner Adopts and incorporates by reference the Motion and Affidavit filed on february 20, 2007 as further Support the Petitioner offers exibit A which is Annexed to this petition. Exibit A is a letter from the Petitioners only Source of legal research Material and as Clearly Appear from a perusal of exibit A. Mr. Ellis has been doing Everything within his limited Abilities to Acquire the final but neccessary documentation to bring this Appeal to Closure. As of March 22, 2007 Mr. Ellis has Maintained Contact with Attorney Timothy K. Saviello and was informed that the Requested information Should be Available within ____ days.

Due to the circumstances, all beyond the control of Mr. Ellis, Mr. Ellis prays that this Court grant Another ~~Exten~~ Extention to file A reply brief to the Goverments Response to the Motion in the Above entitled cause

Respectfully Submitted

_____
Jonathan Ellis
254 Peachtree Street S.W
Atlanta, GA 30303

## Certificate of Service

I, Jonathan Ellis herby certify that on the 22nd Day of March 2007 a copy of my Motion for additional 30 day extention to file reply brief in 28 U.S.C 2255 Proceeding was sent to the United States Attorney and Stephen Glassroth at the below stated address in U.S mail.

A. Clark Morris
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone #: (334) 223-7280
Fax #: (334) 223-7135
E-Mail: Clark.Morris@usdoj.gov
ASB-1613-N77A

Stephen R. Glassroth
The Glassroth Law Firm, P.C
615 S. McDonough Street
Post Office Box 910
Montgomery, AL 36101-0910
Phone #: (334) 263-9900
Fax #: (334) 263-9940
Firm@glassrothlaw.com



Jonathan Ellis
254 Peachtree Street, S.W
Atlanta, GA 30303

Middle District of Alabama
office of
Clerk, United States District Court
P.O. Box 711
Montgomery, AL 36101

# FEDERAL DEFENDER PROGRAM, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

SUITE 1700, THE EQUITABLE BUILDING
100 PEACHTREE STREET N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

TELEPHONE
404 688-7530
800 688-7538
FAX
404 688-0768

March 21, 2007

Hon. W. Harold Albritton, III
Hon. Susan Russ Walker
U.S. District Court
One Church St.
Montgomery, AL 36104

Re: **Ellis v. United States**, 2:06-CV-1013-WHA-SRW

Hon. Judge Albritton and Hon. Judge Walker:

    I am writing on behalf of Mr. Ellis, the plaintiff in the above-styled case, in support of his motion for an extension of time in which to file his reply brief. I represent Mr. Ellis in his criminal cases pending in the Northern District of Georgia. Additionally, I have been assisting Mr. Ellis in his research as he prosecutes his §2555 case in your district.

    The facility where Mr. Ellis is currently being detained has a singularly unsatisfactory law library. From time to time Mr. Ellis has asked me to help him with discreet research tasks which he is unable to complete in his facility. One of these has required obtaining records from federal archives out of state. This process has proven extremely slow, and as of the date of this letter, the records have not yet been received by my office, despite our requests having been sent some time ago.

    Mr. Ellis has requested that I write this letter in support of his motion for an extension of time in which to file his reply brief, and I am happy to do so. Inasmuch as Mr. Ellis requires the above-mentioned records to file his brief, I can clearly state that he, through me and my office, has diligently been trying to obtain those records, and has run up against the imposing bureaucracy of the federal archives.

Sincerely,

Timothy R. Saviello
*Assistant Federal Defender, NDGA*