In The District of The United States
For The Middle District of Alabama
Northern Division

RECEIVED
2007 APR 30 A 9:35

Jonathan Ellis
Petitioner

v.

United States of America
Respondant

Civil no: 2:06: cv 1013 WHA-SRW
Criminal no: 2:04 cc 153A

Motion for an additional 10 day extention to file reply brief in 28 U.S.C 2255 proceeding:

Now comes the petitioner Jonathan Ellis, pro se and respectfully moves this honorable court for an additional 10 day extension to file a reply to the governments response in the above entitled cause.

As further support the petitioner offers exhibit A which is annexed to this petition.

Due to these circumstances, all beyond the control of Mr. Ellis, Mr. Ellis prays that this court grant another extention to file a reply brief to the governments response to the motion in the above entitled cause.

Respectfully submitted,

Jonathan Ellis
254 Peachtree St. S.W. Atlanta, Ga 30303

Certificate of Service

I, Jonathon Ellis herby certify that on the 22nd day of April 2007 a copy of my motion for an additional 10 day extention to file reply brief in 68 U.S.C 2255 proceeding was sent to the United States Attorney and Stephen Glassroth at the below stated address in U.S. mail.

A. Clark Morris
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Al 36104
ASB-1613-NMA

Stephen R. Glassroth
The Glassroth Law Firm
615 Mc Dinough St.
Montgomery, Al 36101.0801

Jonathan Ellis
4354 Peachtree St. N.W.
Atlanta, Ga 30303



ATLANTA GA 303

27 APR 2007 PM 1 T

Middle District of Alabama

Office of

Clerk, United States District Court

P.O. Box 711

Montgomery, Al 36101-0711

| ATLANTA DEPARTMENT OF CORRECTIONS INMATE'S REQUEST FORM | INSTRUCTIONS Complete items number 1-7. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Inmate Service Representative) . | 2. Date: 04·26·07 |
| 3. Request By: (Print Inmate Name) Jonathan Ellis _____ (Inmate Signature) | 4. Inmate Number: 06000959 5. Housing Unit / Cell Number: 6ME·108 6. DOB: 07·17·1980 |

7. Subject: State your request completely but briefly. Give details.

On 4·25·07 ACDC implemented A massive inmate relocation program.
To that end, Jonathan Ellis Along with A numerous Amount of other inmates were requested to pack all legal documentation And were transfered to another housing facility.

(For Section to Inmate Service Representative Response Only)

Received by Officer: E. Caldwell _____ Date: 4-26-07

Inmate Service Representative:

_____ / _____    Date _____
Print                       Signature

Response Rec'd by Inmate _____    Date: _____
                  Inmate Signature

PLEASE RETURN TO INMATE SERVICES