IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN ELLIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:06cv1013-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the petitioner on April 30, 2007 (Doc. No. 24), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the petitioner be GRANTED an extension from April 27, 2007, to and including May 7, 2007, to file a reply to the government's response to the petitioner's 28 U.S.C. § 2255 motion in compliance with this court's order entered on January 1, 2007.

Done this 30th day of April, 2007.

/s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE