REC  
2007 MAY 9

In The District Court of The United States  
For The Middle District of Alabama  
Northern Division

| | |
|---|---|
| Jonathan Ellis<br>  Petitioner<br>v.<br>United States Of America<br>  Respondant | Civil no: 2:06-cv-1013 WHA-SRW<br>Criminal no: 2:04 CC 153 A |

Motion for Additional 30 day extention to file reply brief in 28 U.S.C. 2255 proceeding.

Now comes the petitioner Jonathan Ellis, pro se and respectfully move this honorable Court for an additional 30 day extention to file a reply to the governments response in the above entitled cause.

In support of this motion the petitioner adopts and incorporates by reference the motion and exhibit filed on April 22, 2007.

Due to the circumstances all beyond Mr. Ellis control, Mr. Ellis prays that this Court grant another extention to file a reply brief to the governments response to the motion in the above entitled cause

Respectfully submitted,

_____
Jonathan Ellis
254 Peachtree St. S.W.
Atlanta, GA 30303

Case 2:06-cv-01013-WHA-SRW    Document 26    Filed 05/09/2007    Page 2 of 4

Certificate of Service

I, Jonathan Ellis herby certify that on the 5th day of May 2007 a copy of my motion for an additional 30 day extention to file reply brief in 28 U.S.C. 2255 proceeding was sent to the United States Attorney and Stephen Glassroth at the below stated address in U.S. mail.

A. Clark Morris
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Al 36104
Phone # (334) 223-7280
Fax # (334) 223-7135
E-mail: Clark.Morris@usdoj.gov
AJB-1613 to 77A

Stephen R. Glassroth
The Glassroth Law Firm, P.C.
615 S. McDonough Street
Post Office Box 910
Montgomery, Al 36101-0910
Phone # (334) 263-9900
Fax # (334) 263-9940
E-mail: firm@glassroth.law.com



ATLANTA GA 300
07 MAY 2007 PM 6 T

Middle District of Alabama
Office of
Clerk, United States of America
P.O. Box 711
Montgomery, Al 36101-0711

Jonathan Ellis
154 Peachtree St. S.W.
Atlanta, GA 30303