IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED

NORTHERN DIVISION                2007 JUL 27  A 10: 28

|  |  |  |
|---|---|---|
| JONATHON ELLIS | ) | |
| Petitioner | ) | |
| vs. | ) | Civil No.206-CV-1013-WHA-SRW |
| | ) | Criminal No. 204-CC-153A |
| UNITED STATES OF AMERICA | ) | |
| Respondent | ) | |
| | ) | |

## NOTICE OF FILING DEMAND TO FEDERAL HABEAS CORPUS RULE 6

Comes now, Jonathan Y. Ellis, petitioner in the above styled action, by and through himself and hereby submits this notice of filing the attached document containing (2) separate demands for disclosure of items pursuant to Federal Habeas Corpus Rule 6.

Dated: This ⁷ day of June, 2007.

Respectfully submitted,

Jonathan Y. Ellis
254 Peachtree St., SW
Atlanta, GA 30303

1

Mrs. Morris
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
ASB 1613 N77A

**Re: Jonathan Ellis v. United States - 206-CV-1013**

Dear Mrs. Morris:

Please accept this letter as Jonathan Ellis' demand for Discovery pursuant to Habeas Corpus Rule 6. This demand is to be read to include:

**PETITIONER'S CRIMINAL HISTORY**: Specifically, Mr. Ellis herein requests that the government provide any information in addition to the pre-sentence report already disclosed.

**COMPUTATION ON HOW MANY DEFENDANTS HAVE BEEN CHARGED, CONVICTED AND SENTENCED FOR BOTH 18 U.S.C. 2113(d) AND 18 U.S.C. 924( c ) BASED ON THE SAME CONDUCT**

**COMPUTATION ON HOW MANY DEFENDANTS WERE AFRICAN AMERICAN AND HOW MANY DEFENDANTS WERE WHITE THAT WERE CHARGED, CONVICTED AND SENTENCED FOR BOTH 18 U.S.C. 2113(d) AND 18 U.S.C. 924( c )**

**COPY OF ALL CORRESPONDENCE BETWEEN STEPHEN GLASSROTH AND THE UNITED STATES ATTORNEY'S OFFICE, PRIOR TO THE COMMENCEMENT OF THE INSTANT ACTION, THAT HAS JONATHAN ELLIS AS THE SUBJECT MATTER**

**COPY OF ALL CORRESPONDENCE BETWEEN THE UNITED STATES ATTORNEY'S OFFICE AND THE UNITED STATES PROBATION OFFICE WHICH HAS JONATHAN ELLIS AS THE SUBJECT MATTER.**

It appears that the government, in bad faith, instructed the U.S. Probation Office to calculate Mr. Ellis' sentence based on an unlawful enhancement.

Sincerely,

Jonathon Y. Ellis
254 Peachtree St., SW
Atlanta, GA 30303