IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN ELLIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:06cv1013-WHA |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to substitute corrected pdf documents for Docs. No. 28 and 29 and attachments thereto, filed by petitioner Jonathan Ellis on July 27, 2007 (Doc. No. 30), it is

ORDERED that this motion (Doc. No. 30) is GRANTED.

Done this 30th day of July, 2007.

    /s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE