Inmate Address update:

Jonathan Ellis

ID#11459002

D.O.B.07/17/1980

USP HAZELTON
U.S. PENITENTIARY
1640 SKY VIEW DRIVE
BRUCETON MILLS, WV 26525

RECEIVED

2008 MAR 24  A 9: 33

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:06cv1013-WHA

Serena Hines
P.O. Box 440172
Kennesaw GA 30160

NORTH METRO GA 300

20 MAR 2008 PM 5 T

USA FIRST-CLASS FOREVER

Montgomery City Jail
P.O. Box 711
Montgomery Al. 36101

3610140711