IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN ELLIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:06cv1013-WHA |
| | )                  (WO) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**Final Judgment**

    In accordance with the Memorandum Opinion and Order entered on this date, Judgment is hereby entered in favor of the Respondent and against the Petitioner, Jonathan Ellis, on his petition for a writ of habeas corpus.  This case is Dismissed with prejudice and costs are taxed against the Petitioner.

Done this 8th day of October, 2009.

    /s/ W. Harold Albritton
    W. HAROLD ALBRITTON
    SENIOR UNITED STATES DISTRICT JUDGE